UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Casey Marie Anthony,                 Case Number:  8:13-bk-00922-KRM
                                                    Chapter 7

    Debtor.
_____/

APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR WATKINS LAW FIRM, P.A., AS COUNSEL FOR TRUSTEE

WATKINS LAW FIRM, P.A., ("Applicant") files this Application for Allowance of Compensation and Reimbursement of Expenses for Watkins Law Firm, P.A. as Counsel for the Trustee, saying:

---

Date of Employment February 1, 2013 through September 3, 2013.

| Attorneys | Hours | Rate | Total |
|---|---|---|---|
| Allan C. Watkins | 74.2 | $400/hr | $ 29,680.00 |
| TOTAL FEES: | | | $ 29,680.00 |
| TOTAL EXPENSES: | | | $      184.50 |
| TOTAL FEES AND EXPENSES: | | | $ 29,864.50 |

Applicant will reduce the request for fees and expenses to $22,000.00.

---

1.     The Debtor filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code on January 25, 2013.

2. Stephen L. Meininger was appointed interim trustee and is now duly qualified and acting as Trustee.

3. On February 1, 2013 Watkins Law Firm, P.A. filed an application to be employed as counsel for the Trustee and the Court entered an Order Granting the Application on February 4, 2013.

4. Applicant is seeking fees in the amount of $29,680.00 and expenses of $184.50 for the period beginning February 1, 2013 and ending September 3, 2013.

5. The valuation of Applicant's services in this matter should be based upon the following considerations enunciated in the matter of First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977):

    a. Time and Labor Required: The Applicant has spent 74.2 hours rendering professional services to or on behalf of the Trustee in this case. Applicant has maintained detailed, daily records of time and expenses devoted in rendering these services. A copy is attached as Exhibit "A." During all times relevant to this case the billing rate per hour for, Allan C. Watkins, was $400.00 per hour.

    b. Novelty and Difficulty of Questions: This case was novel in that the Debtor had been acquitted of the charges of killing her child in an extremely high profile trial. There were numerous emails and telephone calls from parties claiming to be interested in the case. There was also the attendant publicity and numerous phone calls from members of the media. In terms of the difficulty of questions, the issue of exactly what the Bankruptcy Estate may have as a property right in the commercialization of the Debtor's story was paramount. This was the main issue in the case.

c.  Skill Requisite to Perform the Legal Services Properly: Applicant's practice is limited to the area of bankruptcy and related matters, and it submits that it has performed the services for the Trustee to the best of its ability. The President of the Applicant and lead attorney, Allan C. Watkins, is AV rated by Martindale Hubbell and is board certified in both consumer and business bankruptcy by the American Board of Certification. Mr. Watkins has practiced extensively in the bankruptcy area for more than thirty eight (38) years and is admitted to practice in both Florida and Colorado.

d.  Preclusion of Other Employment by Attorneys Involved: During all times relevant to this case, there was minimal preclusion of other employment.

e.  Customary Fee: The fee requested by Applicant is the fee normally charged by Applicant. Further, Applicant submits that its normal billing rates are in keeping with the billing rates for similarly situated attorneys in the Middle District of Florida.

f.  Whether Fee is Fixed or Contingent:  The fee in representing the Trustees in Chapter 7 cases is contingent upon there being a recovery and is also subject to the approval of the Bankruptcy Court after review and input and criticism from the creditors, other parties in interest, and the United States Trustee. In each case the Trustee and counsel for the Trustee must spend time and effort investigating the availability of assets. If there are no assets, or if the assets are limited, the fees awarded may not cover the time and effort expended. If there is a good recovery, the fees are capped by limited hourly rates.

g.  Limitations Imposed by Client or other Circumstances: No unusual limitations were imposed by the Client.

   h. Amount Involved and Results Obtained. Applicant has represented the Trustee in this matter since February 1, 2013. A summary of the significant matters handled by the Applicant during the representation of the Trustee is set forth herein.

   1. Applicant was contacted by the Trustee concerning representation in the case. Applicant drafted an application to be employed, the affidavit of disinterestedness and the order authorizing employment.

   2. Applicant reviewed the Schedules and Statement of Financial Affairs filed by the Debtor and discussed the case with the Trustee, in particular looking at the possibility of a sale of the media rights to the Debtor's story.

   3. Applicant researched §541 of the Bankruptcy Code concerning property of the Estate, in particular the commercialization of the rights to the Debtor's story.

   4. During the course of this case applicant had several telephone conferences with Cynthia Burnett, Assistant U.S. Trustee, concerning the administration of the case, security at the 341 Meeting and status as the case moved forward.

   5. Applicant reviewed the Motion to Transfer Venue filed by a creditor and discussed this at length with the Trustee. Applicant did research on the issue of transfer of venue, and attended the hearing on the motion.

   6. During the course of the case applicant had numerous telephone conferences and conferences with David L. Schrader, Debra Ferwerda and Charles M Greene, counsel for the Debtor concerning administration of the Estate.

7. In preparation for the §341 Creditors Meeting, applicant discussed procedure with the Trustee. In anticipation that the Debtor might assert Fifth Amendment privileges that would need to be addressed by the Court on an expedited basis, applicant contacted Mr. Kilcorn, Deputy Clerk of the Court, concerning the availability of a Judge to handle any Fifth Amendment issues on an expedited basis.

8. Applicant attended the §341 Meeting with the Trustee.

9. During the course of the case applicant received several communications from parties interested acquiring the commercialization of the Debtor's story. In addition, applicant contacted a number of publishing houses and others who had handled such commercialization rights. Applicant had received an offer to buy the rights for $10,000. Applicant prepared and filed a motion to sell the rights and to set auction terms. After the sale motion was filed, Debtors counsel filed a lengthy objection. During the time period applicant received one other bid for $12,000. Despite a nationwide publicity, the sale did elicit a great response. In view of the Debtor's objection, applicant withdrew the sale motion.

10. Applicant then negotiated a compromise with the Debtor concerning the legal issue of the Estate's interest in the Debtor's right to commercialization of her story. Applicant filed a motion to approve the compromise, whereby the Debtor would pay the Estate the sum of $25,000. The Motion was approved and the Estate received the $25,000.

11. Some of the Creditors raised the issue of the contents of the Debtor's computer alleging that there might be a draft of her story on the computer. Applicant filed a motion to require the Debtor to turn-over the computer. As part of that, Applicant held a "private" Rule 2004 Examination at which time Applicant reviewed the Debtor's computer, inquired as to the contents of the computer and certain other matters relevant to the case and the Debtor's story. As a result of this, it appeared to Applicant that there was no draft of a story on the computer. Debtor testified that she had never written a draft nor did she intend to at the time of the 2004 Examination. Based upon those facts, Applicant withdrew the motion for turn-over of the computer. During the course of the case Applicant received a number of telephone calls and emails from various parties. The thrust of most of these was that the Debtor was concealing assets. Applicant attempted to trace down the various allegations of non-disclosed assets. Applicant was unable to locate undisclosed assets.

12. Applicant prepared this fee application.

i. Undesirability of the Case: This case is no more or less desirable than any other Chapter 7 Trustee case.

j. Nature and Length of Professional Relationship with Client: Applicant has represented Stephen L. Meininger for several years in a number of other Trustee cases.

k. Awards in Similar Cases: The amount sought by Applicant is well within the range of awards in similar cases.

**WHEREFORE**, Applicant respectfully requests that this Honorable Court enter an order authorizing the Chapter 7 Trustee to pay the reasonable fees in the amount of $29,860.00 and expenses in the amount of $184.50 for a total of $29,864.50.

Applicant has consented to a reduction of fee and costs to $22,000.00.

**The undersigned, an Officer of Applicant, declares under a penalty of perjury the statements made herein are true and correct based upon the personal knowledge of the facts.**

Respectfully Submitted,

WATKINS LAW FIRM, P.A.

*/s/ Allan C. Watkins*

**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215 / Fax: (813) 226-2038
Email: allan@watkinslawfl.com
Attorney for Stephen L. Meininger, Trustee

# WATKINS LAW FIRM, P.A.

Attorneys at Law
707 N. Franklin Street, Suite 750
Tampa, FL 33602
Federal ID #59-2984085

813-226-2215

Stephen L. Meininger                                                September 06, 2013
707 N. Franklin St.
Suite 850
Tampa, FL 33602

---

In reference to:   #5201.017 Casey Anthony 8:13-bk-00922-KRM

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/1/2013 - | ACW | Draft Application to employ, Order, and Affidavit (0.3); review Schedules and Statement of Affairs (0.4); conference with S. Meininger regarding: sale of media rights (0.2); telephone conference to C. Burnette regarding: case (0.2); begin research regarding: Section 541 (0.8) | 1.90 | 760.00 |
| 2/4/2013 - | ACW | Continue research regarding: estate property (0.8) | 0.80 | 320.00 |
| 2/5/2013 - | ACW | Telephone conference from S. Meininger regarding: Motion to transfer venue (0.1); telephone conference from D. Schrader regarding: case and procedure (0.6) | 0.70 | 280.00 |
| 2/6/2013 - | ACW | Telephone conference from S. Meininger regarding: status and Motion to transfer (0.2); telephone conference to S. Smith regarding: case and assets (0.1) | 0.30 | 120.00 |
| 2/7/2013 - | ACW | Telephone conference from S. Smith regarding: sale of rights (0.3); telephone conference to S. Meininger regarding: same (0.1) | 0.40 | 160.00 |
| 2/11/2013 - | ACW | Telephone conference from S. Meininger regarding: offer (0.1) | 0.10 | 40.00 |
| 2/13/2013 - | ACW | Telephone conference to S. Meininger (0.2) | 0.20 | 80.00 |
| 2/18/2013 - | ACW | Telephone conference to D. Schrader regarding: Meeting of Creditors and status of case (0.5); review e-mail from D. Schrader regarding: publicity and threats (0.2) | 0.70 | 280.00 |

Stephen L. Meininger                                                                                          Page    2

|            |     |                                                                                                                                                                                                                                                                                                                                                                        | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 2/24/2013 -| ACW | Review Motion to continue hearing on venue transfer (0.1)                                                                                                                                                                                                                                                                                                              | 0.10  | 40.00    |
| 2/26/2013 -| ACW | Telephone conference from S. Meininger regarding: hearing (0.2); telephone conference to court regarding: procedure for hearing (0.1); Review Response to Motion to transfer and other pleadings (0.3); telephone conference to C. Burnette regarding: Meeting of Creditors (0.1); telephone conference to S. Meininger regarding: same (0.1); attend hearing on Motion to transfer (0.9) | 1.70  | 680.00   |
| 2/27/2013 -| ACW | Telephone conference from S. Meininger regarding: Meeting of Creditors (0.2); conference call with S. Meininger, C. Burnette, and D. Shrader regarding: Meeting of Creditors (0.6)                                                                                                                                                                                     | 0.80  | 320.00   |
| 2/28/2013 -| ACW | Telephone conference to D. Schrader regarding: Meeting of Creditors (0.3)                                                                                                                                                                                                                                                                                              | 0.30  | 120.00   |
| 3/1/2013 - | ACW | Telephone conference from Gloria @ news (0.2); telephone conference to S. Meininger regarding: Meeting of Creditors (0.3); telephone conference to court regarding: 5th Amendment issue (0.1); telephone conference to C. Kilcoyne regarding: same (0.2); telephone conference to C. Burnetti regarding: same (x 2) (0.2); telephone conference from D. Shrader regarding: Meeting of Creditors (0.8) | 1.80  | 720.00   |
| 3/4/2013 - | ACW | Conference with S. Meininger regarding: Meeting of Creditors (1.2); attend same (1.5)                                                                                                                                                                                                                                                                                  | 2.70  | 1,080.00 |
| 3/5/2013 - | ACW | Telephone conference from D. Schrader regarding: Meeting of Creditors (0.2); review offer (0.1); telephone conference to S. Meininger regarding: offer (0.2)                                                                                                                                                                                                           | 0.50  | 200.00   |
| 3/6/2013 - | ACW | Telephone conference to J. Schrader regarding: purchase offer (0.2); telephone conference from S. Meininger regarding: same (0.2); begin draft of Motion to sell (0.4); telephone conference to D. Schrader regarding: tax return and meeting (0.2)                                                                                                                   | 1.00  | 400.00   |
| 3/7/2013 - | ACW | Telephone conference to S. Meininger regarding: meeting (0.2); telephone conference from Kathy (0.2); draft spoilation letter (0.3); continue drafting sale Motion (0.6)                                                                                                                                                                                              | 1.30  | 520.00   |

Stephen L. Meininger                                                                                                                              Page   3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/8/2013 - | ACW | Research regarding: media rights (0.3); telephone conference from D. Schrader regarding: preservation letter (0.2) | 0.50 | 200.00 |
| 3/11/2013 - | ACW | Review e-mail from D. Schrader regarding: documents (0.1); telephone conference to D. Schrader (0.1); review e-mail from S. Meininger (0.1); telephone conference to S.B. regarding: potential assets (0.2) | 0.50 | 200.00 |
| 3/12/2013 - | ACW | Prepare for meeting with C. Green, D. Schrader, and S. Meininger - attend same (1.8); telephone conference to S.B. regarding: potential assets (0.3); continue research regarding: sale of rights (1.4) | 3.50 | 1,400.00 |
| 3/13/2013 - | ACW | Continue research on sale of rights (1.2) | 1.20 | 480.00 |
| 3/14/2013 - | ACW | Continue preparing sale Motion (0.4); telephone conference to S. Meininger regarding: same (0.1) | 0.50 | 200.00 |
| 3/15/2013 - | ACW | Telephone conference to S. Meininger regarding: sale Motion (0.2); e-mail to J. Schober regarding: same (x 3) (0.2); telephone conference to J. Schober regarding: same (0.2); continue preparing and revise sale Motion (0.8); telephone conference from S. Shucker regarding: 2004 Examination (x 2) (0.2) | 1.60 | 640.00 |
| 3/19/2013 - | ACW | Telephone conference from S. Meininger regarding: sale (0.1); telephone conference to J. Schober regarding: sale (0.2); telephone conference from ABC regarding: sale (0.2); review publicity (0.2); telephone conference to St. Martins press (0.1) | 0.80 | 320.00 |
| 3/20/2013 - | ACW | Telephone conference to D. Schrader regarding: hearing on sale Motion (0.3); telephone conference to S. Meininger regarding: same (0.2); telephone conference to D. Cook regarding: story - sale (0.2); telephone conference from Channel 9 (0.1); review e-mail from numerous people (0.2) | 1.00 | 400.00 |
| 3/21/2013 - | ACW | Telephone conference to St. Martin regarding: book deal (0.1) | 0.10 | 40.00 |

Stephen L. Meininger                                                                 Page    4

|  |  | Hours | Amount |
|---|---|---:|---:|
| 3/22/2013 - ACW | Telephone conference from Mark King regarding: auction opportunity (0.2) | 0.20 | 80.00 |
| 3/25/2013 - ACW | Telephone conference to S. Meininger regarding: claims and Discovery (0.2); continue research regarding: estate property (0.8) | 1.00 | 400.00 |
| 3/26/2013 - ACW | Telephone conference to S. Martins Press (0.1) | 0.10 | 40.00 |
| 3/27/2013 - ACW | Telephone conference from S. Meininger regarding: status (0.1); continue research regarding: sale of rights (0.6) | 0.70 | 280.00 |
| 3/28/2013 - ACW | Telephone conference from reporter regarding: hearings (0.1); telephone conference to St. Martins regarding: book rights (0.2); correspondence with P. Stevens @ St. Martins (0.3) | 0.60 | 240.00 |
| 4/1/2013 - ACW | Review e-mail from Mary (0.3); telephone conference from S. Meininger regarding: e-mail from Mary (0.2); telephone conference from G. Packakis regarding: bid (0.2) | 0.70 | 280.00 |
| 4/2/2013 - ACW | Telephone conference from J. Schober regarding: sale (0.2); telephone conference to G. Gomez @ Fox (0.1); telephone conference to P. Slaven regarding: St. Martin (0.1) | 0.40 | 160.00 |
| 4/3/2013 - ACW | Telephone conference to D. Schrader regarding: case (0.1); telephone conference from D. Sleven regarding: publication (0.2) | 0.30 | 120.00 |
| 4/4/2013 - ACW | Telephone conference from G. Batakis regarding: bid (0.2); telephone conference to D. Schrader regarding: status (0.2); telephone conference from S. Shucker regarding: status and objection to claims (0.2) | 0.60 | 240.00 |
| 4/5/2013 - ACW | Review offer from Panorama Asset recovery (0.1); review draft Affidavit from Schober (0.2); review objection to sale (0.5); telephone conference from J. Schober regarding: sale (0.2); telephone conference from G. Batakis (0.1); telephone conference from potential bidder (x 2) (0.1); continue research (0.4); telephone conference from Fox regarding: hearings (0.2) | 1.80 | 720.00 |

Stephen L. Meininger                                                              Page   5

|  |  | Hours | Amount |
|---|---|---:|---:|
| 4/7/2013 - ACW | Continue research regarding: sale (2.1) | 2.10 | 840.00 |
| 4/8/2013 - ACW | Continue preparing for hearing on sale (3.1); attend hearing (1.8) | 4.90 | 1,960.00 |
| 4/9/2013 - ACW | Continue preparing for sale hearing (3.0); attend same (2.2) | 5.20 | 2,080.00 |
| 4/10/2013 - ACW | Continue research regarding: rights (0.6); correspondence with D. Schrader regarding: computer (0.2); correspondence with J. Baez regarding: case (0.3) | 1.10 | 440.00 |
| 4/11/2013 - ACW | Revise correspondence to J. Baez (0.3); review Bloomberg report on case (0.2); continue research regarding: right of publicity (0.6) | 1.10 | 440.00 |
| 4/12/2013 - ACW | Continue research regarding: right of publicity (2.4) | 2.40 | 960.00 |
| 4/15/2013 - ACW | Telephone conference from J. Schober regarding: sale (0.2); telephone conference from D. Ferwerda regarding: status (0.3); continue research regarding: right of publicity (1.2) | 1.70 | 680.00 |
| 4/16/2013 - ACW | Continue research (0.4); telephone conference to S. Meininger regarding: case (0.2); telephone conference from C. Green, Debra Ferwerda regarding: case (0.4); begin draft of Motion to extend time (0.3) | 1.30 | 520.00 |
| 4/17/2013 - ACW | Telephone conference from S. Meininger regarding: status of debtor offer (0.2); draft Motion to extend time for Briefs (0.4); e-mail to D. Ferwerda regarding: Motion (0.1); review research from J. Schober (0.4) | 1.10 | 440.00 |
| 4/18/2013 - ACW | E-mail from D. Ferwerda (0.1); telephone conference from D. Schrader regarding: status (0.1); continue preparing Motion to extend and file (0.3) | 0.50 | 200.00 |
| 4/19/2013 - ACW | Telephone conference to M. Jober @ IRS regarding: claim (0.2) | 0.20 | 80.00 |
| 4/22/2013 - ACW | Telephone conference from D. Schrader regarding: status (0.2); telephone conference from G. Bechakas regarding: sale (0.1) | 0.30 | 120.00 |

Stephen L. Meininger                                                                                          Page    6

|  | Hours | Amount |
|---|---:|---:|
| 4/23/2013 - ACW  Telephone conference to E. Kampmann regarding: book (0.1) | 0.10 | 40.00 |
| 4/24/2013 - ACW  Telephone conference to M. Cino regarding: sale of rights (0.1) | 0.10 | 40.00 |
| 5/1/2013 - ACW  Telephone conference to S. Meininger regarding: sale procedure (0.2); telephone conference to D. Ferwerda regarding: case (0.3) | 0.50 | 200.00 |
| 5/6/2013 - ACW  Telephone conference from Mr. Cino regarding: sale of rights (0.1); telephone conference from J. Baez regarding: accounting (0.3); telephone conference to S. Meininger regarding: sale (0.1); telephone conference from D. Ferwerda regarding: sale (0.2) | 0.70 | 280.00 |
| 5/7/2013 - ACW  Review information regarding: Al Taylor (0.2); telephone conference to S. Meininger regarding: case and press (x 4) (0.4); draft Notice of withdrawal of sale Motion (0.1); draft Amended Sale Motion (0.3); telephone conference from S. Shuker regarding: status (0.2); telephone conference to C. Greene regarding: status and sale (0.1); telephone conference to D. Schrader regarding: hearings (0.3) | 1.60 | 640.00 |
| 5/8/2013 - ACW  Review pleadings (0.2); telephone conference to C. Burnett regarding: status (0.2); telephone conference from C. Greene regarding: settlement (0.3); attend hearing (0.6); telephone conference to S. Meininger regarding: case (0.2); telephone conference from H. Schultz regarding: sale of rights (0.2) | 1.70 | 680.00 |
| 5/9/2013 - ACW  Telephone conference to D. Schrader regarding: computer (0.2); draft Motion to compel turnover of computer (0.4); draft amended motion to sell (0.3); telephone conference to J. Baez regarding: sale (0.2); research regarding: turnover of computer (0.3) | 1.40 | 560.00 |
| 5/16/2013 - ACW  Revise Motion for turnover of computer (0.2) | 0.20 | 80.00 |
| 5/20/2013 - ACW  Telephone conference to S. Meininger regarding: computer and sale (0.2) | 0.20 | 80.00 |

Stephen L. Meininger                                                                                    Page   7

|  |  | Hours | Amount |
|---|---|---:|---:|
| 5/21/2013 - ACW | Review e-mail from S. Meininger regarding: case (0.1); telephone conference to S. Meininger regarding: case (0.1) | 0.20 | 80.00 |
| 5/22/2013 - ACW | Telephone conference from Sharon regarding: status and rumors (0.3); telephone conference to D. Ferwerda regarding: status (0.1) | 0.40 | 160.00 |
| 5/23/2013 - ACW | Telephone conference to S. Shuker regarding: status (0.1) | 0.10 | 40.00 |
| 5/24/2013 - ACW | Telephone conference to D. Ferwerda regarding: resolution (0.4); telephone conference to S. Meininger regarding: same (0.1) | 0.50 | 200.00 |
| 5/28/2013 - ACW | Telephone conference to S. Meininger regarding: hearings on 5/30 (0.1); telephone conference to D. Schrader regarding: same (0.2) | 0.30 | 120.00 |
| 5/29/2013 - ACW | Telephone conference from D. Ferwerda regarding: review of computer (0.1) | 0.10 | 40.00 |
| 5/30/2013 - ACW | Telephone conference to S. Shuker regarding: hearings (0.1); attend hearings (0.7) | 0.80 | 320.00 |
| 5/31/2013 - ACW | Telephone conference to S. Meininger regarding: hearings (0.1); draft Trustee's thoughts on orderly administration (0.5) | 0.60 | 240.00 |
| 6/4/2013 - ACW | Revise Trustee's suggestions (0.3); e-mail to S. Shucker regarding: Order on objection to claims (0.1) | 0.40 | 160.00 |
| 6/6/2013 - ACW | E-mail to D. Ferwerda regarding: status (0.1) | 0.10 | 40.00 |
| 6/7/2013 - ACW | Telephone conference to C. Green regarding: status (0.2) | 0.20 | 80.00 |
| 6/9/2013 - ACW | Begin draft of Motion to compromise (0.6) | 0.60 | 240.00 |
| 6/11/2013 - ACW | Continue drafting Motion to compromise (0.2); e-mail to S. Meininger regarding: same (0.1) | 0.30 | 120.00 |
| 6/13/2013 - ACW | Telephone conference from D. Schrader regarding: status (0.1); e-mail to C. Greene regarding: settlement (0.1) | 0.20 | 80.00 |

Stephen L. Meininger                                                                                              Page    8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/19/2013 - | ACW | Telephone conference to C. Greene regarding: computer examination (0.3); telephone conference to S. Meininger regarding: same (0.1) | 0.40 | 160.00 |
| 6/21/2013 - | ACW | Review e-mail from D. Schrader regarding: Texas Equasearch (0.1); telephone conference to D. Schrader regarding: same (0.2) | 0.30 | 120.00 |
| 6/24/2013 - | ACW | Telephone conference to D. Ferwerda regarding: status of settlement (x 2) (0.3); telephone conference from reporter regarding: hearing (0.1) | 0.40 | 160.00 |
| 6/25/2013 - | ACW | Conference with D. Schrader regarding: hearing (0.1); telephone conference to D. Ferwerda regarding: meeting regarding: computer (0.1); prepare for hearing (0.2); attend hearing (0.6) | 1.00 | 400.00 |
| 6/26/2013 - | ACW | Telephone conference from S. Meininger regarding: status of case (0.2) | 0.20 | 80.00 |
| 6/27/2013 - | ACW | Prepare for deposition of C. Anthony (0.8) | 0.80 | 320.00 |
| 6/28/2013 - | ACW | Continue preparing for deposition (0.8); take deposition of C. Anthony (1.0) | 1.80 | 720.00 |
| 7/8/2013 - | ACW | Telephone conference from B. Rochelle regarding: case status and compromise (0.3) | 0.30 | 120.00 |
| 7/10/2013 - | ACW | Telephone conference to Christina Ng @ ABC regarding: Motion to compromise (0.2); correspondence with M. Nardella and S. Shucker regarding; Motion to compromise (0.3) | 0.50 | 200.00 |
| 7/11/2013 - | ACW | Respond to e-mail regarding: news report (0.2); review news (0.5); e-mail to S. Shucker and Michael regarding: compromise Motion (0.2) | 0.90 | 360.00 |
| 7/12/2013 - | ACW | Telephone conference to S. Meininger regarding: Motion to compromise (0.2) | 0.20 | 80.00 |
| 7/25/2013 - | ACW | Continue drafting Order approving compromise and submit (0.2) | 0.20 | 80.00 |

Stephen L. Meininger                                                                                           Page    9

|  |  | Hours | Amount |
|---|---|---|---|
| 8/1/2013 - ACW | E-mail to C. Green regarding: settlement (0.1); begin draft of fee application (0.3) | 0.40 | 160.00 |
| 8/5/2013 - ACW | Telephone conference from Karen @ ABC regarding: hearing (0.2); telephone conference to C. Greene regarding: adversary (0.1) | 0.30 | 120.00 |
| 8/6/2013 - ACW | Telephone conference from C. Greene regarding: settlement and case wrap-up (0.2) | 0.20 | 80.00 |
| 8/12/2013 - ACW | E-mail to D. Schrader regarding: settlement funds (0.1) | 0.10 | 40.00 |
| 8/14/2013 - ACW | Draft fee application (0.5); telephone conference to D. Schrader regarding: settlement funds (0.2) | 0.70 | 280.00 |
| 8/20/2013 - ACW | Telephone conference from J. Marcus regarding: Texas Equisearch (0.2); telephone conference to S. Meininger regarding: same (0.1); correspondence with J. Marcus regarding: same (0.2) | 0.50 | 200.00 |
| 8/28/2013 - ACW | Telephone conference to S. Meininger regarding: settlement check and closing (0.2) | 0.20 | 80.00 |
| 9/3/2013 - ACW | Review Stipulation from C. Greene (0.1); conference with B. Lambers regarding: status (0.1) | 0.20 | 80.00 |

|  |  |  |
|---|---|---|
| For professional services rendered | 74.20 | $29,680.00 |

Additional charges:

|  |  |  |
|---|---|---|
| 3/15/2013 - | 21 photocopies | 5.25 |
| - | 320 photocopies regarding: Trustee's Motion to sell property | 80.00 |
| - | Postage charge regarding: Trustee's Motion to sell property | 36.80 |
| 4/9/2013 - | 36 photocopies regarding: Docket/Pleading/341 transcript | 9.00 |
| - | Postage charge regarding: Docket/Pleading/341 transcript | 3.20 |

Stephen L. Meininger                                                                                          Page   10

|  | Amount |
|---|---|
| 4/12/2013 - 201 photocopies | 50.25 |
| Total costs | $184.50 |
| Total amount of this bill | $29,864.50 |
| Balance due | $29,864.50 |

### User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| ACW-400 | 74.20 | 400.00 | $29,680.00 |

|  | Amount |
|---|---|
| Previous balance of client funds | $0.00 |
| 3/26/2013 Deposit to account | $10,000.00 |
| 6/24/2013 Withdrawal from account to Jim Schober regarding: refund of Trust deposit | ($10,000.00) |
| New balance of client funds | $0.00 |