**[8reopen]** [Reopen Order]

ORDERED.

**Dated: February 10, 2016**

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Casey Marie Anthony

Case No. 8:13−bk−00922−KRM
Chapter 7

_____Debtor*_____/

ORDER REOPENING CASE

THIS CASE came on for consideration on the Court's own motion for the purpose of considering the entry of an appropriate order. The Court has considered the record and finds that on October 9, 2015 , this Court erroneously entered a Order Approving Chapter 7 Account, Discharging Trustee, Canceling Bond and Closing Estate (Doc. No. 163 ) and closed the above−captioned case. The Order Approving Chapter 7 Account, Discharging Trustee, Canceling Bond and Closing Estate should, therefore, be vacated and this case reopened due to this administrative error. Accordingly, it is

**ORDERED** that the Order Approving Chapter 7 Account, Discharging Trustee, Canceling Bond and Closing Estate is hereby vacated and this case reopened.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.